NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARSHA MARTIN,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No.  2D17-4189
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed March 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Kimberly Campbell,
Judge.

Marsha Martin, pro se.


PER CURIAM.


            Affirmed.



NORTHCUTT, CRENSHAW, and ROTHSTEIN-YOUAKIM, JJ., Concur.